**Order entered September 24, 2021**



**In The**

**Court of Appeals**
**Fifth District of Texas at Dallas**

## No. 05-21-00330-CV

**LOUISIANA PACIFIC CORPORATION, ET AL., Appellants**

**V.**

**NEWPORT CLASSIC HOMES, L.P., ET AL., Appellees**

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-02044-2016**

## ORDER

Before the Court is appellees' September 23, 2021 unopposed motion for an extension of time to file their brief on the merits. We **GRANT** the motion and extend the time to **October 18, 2021**.

/s/    ROBERT D. BURNS, III
          CHIEF JUSTICE